UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re:<br><br>GEORGE HIRSOVESCU,<br><br>          Debtor. | NO. C08-986RSL<br><br>ORDER OF DISMISSAL |

It having been reported to the Court on January 15, 2009, that the above cause has been settled, and an Order Approving Settlement having been entered on September 4, 2008, NOW, THEREFORE,

IT IS ORDERED that this cause be and the same is hereby DISMISSED. This dismissal shall be without prejudice to the right of any party upon good cause shown within sixty (60) days hereof to reopen this cause if the reported settlement is not consummated.

DATED this 28th day of January, 2009.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER -1